JAMES NUCKEL v. BOROUGH OF WALLINGTON.

January 5, 1977. Petition for certification denied.

IDA STEIN v. EDWIN L. FELLERMAN.

January 18, 1977. Petition for certification denied. (See 144 *N. J. Super.* 444)

CLARENCE G. NORLEN v. BOARD OF REVIEW, DEPARTMENT OF LABOR AND INDUSTRY.

January 5, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CAMPBELL.

January 5, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RUSSELL TROPEA.

January 5, 1977. Cross-Petition for certification granted. (See 142 *N. J. Super.* 288)

AFFILIATED HOSPITAL PROD., INC. v.
HOSPITAL EQUIPMENT CO., INC.

January 5, 1977. Petition for certification denied.